IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bell, Charles

Printed: 10/22/08

Case Number:  06 B 13954
Judge:  Hollis, Pamela S
Filed:  10/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: September 8, 2008

Confirmed: January 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,091.00 |  |
| Secured: |  | 22,795.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,296.00 |
| Other Funds: |  | 0.00 |
| Totals: | 24,091.00 | 24,091.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 2,799.00 | 0.00 |
| 2. | Household Financial Corporation | Secured | 7,656.00 | 5,596.70 |
| 3. | Everhome Mortgage Company | Secured | 19,739.17 | 14,437.94 |
| 4. | Everhome Mortgage Company | Secured | 7,886.57 | 2,760.36 |
| 5. | Household Financial Corporation | Secured | 680.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,024.80 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,410.61 | 0.00 |
| 8. | Aspire Visa | Unsecured | 551.85 | 0.00 |
| 9. | National City Bank | Unsecured | 4,952.85 | 0.00 |
| 10. | Capital One | Unsecured | 1,970.44 | 0.00 |
| | | | $ 48,671.29 | $ 22,795.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 319.20 |
| 5.4% | 769.97 |
| 6.5% | 206.83 |
| | $ 1,296.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bell, Charles

Printed: 10/22/08

Case Number:  06 B 13954

Judge:  Hollis, Pamela S

Filed:  10/28/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

